**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| **J.G.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **CIVIL ACTION FILE** |
| | ) | **No. 1:20-cv-05233-SEG** |
| **NORTH BROOK INDUSTRIES,** | ) | |
| **INC. d/b/a UNITED INN AND** | ) | |
| **SUITES,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## <u>NOTICE OF APPEAL</u>

Northfield Insurance Company ("Northfield") hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Order denying its motion to intervene pursuant to Federal Rule of Civil Procedure 24(a) and (b). [Docs. 181 and 184.] *See Stone v. Union Corp.*, 371 F.3d 1305, 1308 (11th Cir. 2004) ("[T]his court has provisional jurisdiction to review the district court's denial of a motion to intervene based on right.") *See also id.* ("[P]laintiffs appeal the denial of their motion for intervention based on right and permission, and, thus, we have jurisdiction to hear both claims.")

This notice is timely filed within 30 days of the order denying intervention. FED R. APP. P. 4(a)(1)(A).

**FREEMAN MATHIS & GARY, LLP**

*/s/ Philip W. Savrin*
Philip W. Savrin
Georgia Bar No. 627836
psavrin@fmglaw.com

*Attorneys for Northfield Insurance Company*

100 Galleria Parkway
Suite 1600
Atlanta, GA 30339-5948
(770) 818-0000 (telephone)
(770) 937-9960 (facsimile)

2

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all parties who have appeared in the action.

This 2nd day of July, 2025.

/s/ Philip W. Savrin
Philip W. Savrin
Georgia Bar No. 627836
psavrin@fmglaw.com

*Attorney for Northfield Insurance Company*

FREEMAN MATHIS & GARY, LLP
100 Galleria Parkway
Suite 1600
Atlanta, GA 30339-5948
(770) 818-0000 (telephone)
(770) 937-9960 (facsimile)