No. 25-12276

———————

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

———————

NORTHFIELD INSURANCE COMPANY,

*Appellant*,

v.

J.G.,

*Appellee.*

———————

**On Appeal from the United States District Court
For the Northern District of Georgia
Civil Action File Number 1:20-cv-05233-SEG**

———————

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

———————

David H. Bouchard
FINCH McCRANIE, LLP
229 Peachtree St., NE
Suite 2500
Atlanta, GA 30303
(404) 658-9070
david@finchmccranie.com
*Counsel for Appellee J.G.*

*Northfield Insurance Company v. J.G. (No. 25-12276)*
*C-1 of 2*

# **CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rule 26.1-1 and 26.1-2, Appellee J.G. provides the following Certificate of Interested Persons and Corporate Disclosure Statement:

1. Andersen, Tate & Carr, P.C. – counsel for Appellee J.G.;
2. Bouchard, David – counsel for Appellee J.G.;
3. Ekpo, Oto – counsel for Appellee J.G.;
4. Finch McCranie, LLP – counsel for Appellee J.G.;
5. Freeman Mathis & Gary, LLP – counsel for Appellant;
6. Hon. Geraghty, Sarah – District Court Judge;
7. J.G. – Appellee;
8. McDonough, Patrick – counsel for Appellee J.G.;
9. Northbrook Industries, Inc. – Defendant;
10. Northfield Insurance Company – Appellant;
11. Northland Insurance Company – parent company of Northfield Insurance Company;
12. Richens, Dana – counsel for Defendant Northbrook Industries, Inc.;
13. Savrin, Philip – counsel for Appellant;
14. Slimmon, Rachael – counsel for Appellant;
15. Smith, Gambrell & Russell, LLP – counsel for Defendant Northbrook Industries, Inc.;

16. Smith, Audrey – counsel for Defendant Northbrook Industries, Inc.;

17. The Travelers Companies, Inc. (TRV) – parent company of Travelers Property Casualty Corp.;

18. The Travelers Indemnity Company – parent company of Northland Insurance Company;

19. Tonge, Jon – counsel for Appellee J.G.;

20. Travelers Insurance Group Holdings Inc. – parent company of The Travelers Indemnity Company;

21. Travelers Property Casualty Corp. – parent company of Travelers Insurance Group Holdings Inc.; and

22. Weeks, Rory – counsel for Appellee J.G.

No publicly traded company or corporation other than The Travelers Companies, Inc. has an interest in the outcome of this case.

Dated: July 31, 2025

Respectfully submitted,

*/s/ David H. Bouchard*
David H. Bouchard
Georgia Bar No. 712859
FINCH McCRANIE LLP
229 Peachtree St., NE
Suite 2500
Atlanta, GA 30303
(404) 658-9070
david@finchmccranie.com
*Counsel for Appellee J.G.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 31, 2025, I electronically filed the foregoing Certificate of Interested Persons and Corporate Disclosure Statement using the Court's Appellate ECF system, which will automatically send notification to counsel of record.

Dated: July 31, 2025  /s/ *David H. Bouchard*
David H. Bouchard
FINCH McCRANIE LLP

*Counsel for Appellee J.G.*