COURT OF APPEALS NO. 25-12276-E

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

**J.G.,**

                                      **Plaintiff-Appellee,**

    v.

**NORTHFIELD INSURANCE COMPANY,**

                                      **Intervenor-Appellant.**

_____

## ON APPEAL FROM THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

## CONSENT MOTION TO EXTEND TIME TO FILE REPLY BRIEF

Philip W. Savrin
FREEMAN MATHIS & GARY, LLP
100 Galleria Parkway, Ste. 1600
Atlanta, GA 30339-5948
(770) 818-0000
*Attorney for Appellant*

Appellant Northfield Insurance Company ("Northfield"), with the consent of Appellee, moves for a 2-week extension of time to file its reply brief in support of its appeal in this case. Because this is Northfield's second request for an extension a court order is required pursuant to Eleventh Circuit Rule 31-2(d).

In support, counsel for Northfield states that he had a death in his immediate family on Thanksgiving Day that caused him to be away from the office for a period of 10 days. This unexpected absence impacted his ability to complete projects on schedule including completing the reply brief for review by Northfield prior to the year-end holiday period. With that period now upon us, allowing an additional two weeks will permit the brief to be finalized in a more orderly fashion, benefiting the Court in resolving the legal issues without undue delay or prejudice.

WHEREFORE, Northfield respectfully requests an extension of time through January 14, 2026 to file its reply brief in this appeal.

                Respectfully submitted,

                **FREEMAN MATHIS & GARY, LLP**

                */s/ Philip W. Savrin*
                PHILIP W. SAVRIN
                Georgia Bar No. 627836
                psavrin@fmglaw.com
                100 Galleria Parkway, Suite 1600
                Atlanta, GA 30339-5948
                (770) 818-0000 (telephone)
                *Attorneys for Appellant*

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT

This document complies with the word limit of Fed. R. App. P. 5(c)(1) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 165 words.

                                        **FREEMAN MATHIS & GARY, LLP**

                                        */s/ Philip W. Savrin*
                                        PHILIP W. SAVRIN
                                        Georgia Bar No. 627836
                                        psavrin@fmglaw.com
                                        100 Galleria Parkway, Suite 1600
                                        Atlanta, GA 30339-5948
                                        (770) 818-0000 (telephone)
                                        *Attorneys for Appellant*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all parties who have appeared in the action.

This 23rd day of December, 2025.

/s/ *Philip W. Savrin*
Philip W. Savrin
Georgia Bar No. 627836
psavrin@fmglaw.com
*Attorney for Appellant*

FREEMAN MATHIS & GARY, LLP
100 Galleria Parkway, Suite 1600
Atlanta, GA 30339-5948
(770) 818-0000 (telephone)