# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 25-12276
_____

J.G.,

                                                          *Plaintiff-Appellee,*

versus

NORTHBROOK INDUSTRIES, INC.,
   d.b.a. United Inn and Suites,

                                                          *Defendant,*

NORTHFIELD INSURANCE COMPANY,

                                                     *Interested Party-Appellant.*

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:20-cv-05233-SEG

_____

2     Order of the Court     25-12276

ORDER:

The motion for an extension of time to and including January 14, 2026 to file Appellant's reply brief is GRANTED.

_____
UNITED STATES CIRCUIT JUDGE